Sichenzia Ross Friedman Ference LLP
Christopher Pisacane (CP-1854)
61 Broadway, 32nd Floor
New York, New York 10006
Telephone: (212) 930-9700
Facsimile: (212) 930-9725
Email: cpisacane@srff.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
MARTA BARBEOSCH VARELA, Individually and as :
Executrix of the Estate of William P. Barbeosch, Deceased :
: Case No.: 13-CV-3332 (JGK)
Plaintiff, :
: **NOTICE OF APPEARANCE**
- against - :
:
BARNUM FINANCIAL GROUP, PETER GRECO, :
and GEORGE GERHARD, III, :
:
Defendants. :
-------------------------------------------------------------------X

PLEASE TAKE NOTICE that Christopher Pisacane, Esq. of Sichenzia Ross Friedman Ference LLP hereby appears as counsel on behalf of Defendants Peter Greco and George Gerhard, III. It is respectfully submitted that all future papers and notices of electronic filing with respect to this action be forwarded to the undersigned.

Dated: New York, New York
       August 2, 2013

                    Respectfully submitted,

                    SICHENZIA ROSS FRIEDMAN FERENCE LLP

                    By:_____
                         Christopher Pisacane, Esq. (CP-1854)
                    61 Broadway, 32nd Floor
                    New York, New York 10006
                    (212) 930-9700

                    Attorney for Defendants Peter Greco and George Gerhard, III