UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 8/2/13

-----------------------------------------------------------------X
MARTA BARBEOSCH VARELA, Individually and as
Executrix of the Estate of William P. Barbeosch, Deceased :

                                                  Plaintiff,

Case No.: 13-CV-3332 (JGK)

**STIPULATION**

- against -

BARNUM FINANCIAL GROUP, PETER GRECO,
and GEORGE GERHARD, III,

                                                  Defendants.
-----------------------------------------------------------------X

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys of record for the parties hereto, as follows:

1. Defendants Barnum Financial Group, Peter Greco and George Gerhard, III's time to respond to Plaintiff's Complaint is hereby extended to and including September 4, 2013;

2. This stipulation may be executed in counterparts and electronic or facsimile signatures shall be effective as originals.

Dated: New York, New York
         August 2, 2013

| CAROSELLI BEACHER MCTIERNAN & CONBOY | SICHENZIA ROSS FRIEDMAN FERENCE LLP |
|---|---|
| By: /s/ Thomas More Marrone | By: /s/ Christopher Pisacane |
|       Thomas More Marrone, Esq. |       Christopher Pisacane, Esq. |
| 1845 Walnut Street, 15th Floor | 61 Broadway, 32nd Floor |
| Philadelphia, PA 19103 | New York, NY 10006 |
| (215) 609-1350 | (212) 930-9700 |
| Attorneys for Plaintiff | Attorneys for Defendants Peter Greco & George Gerhard, III |

**SO ORDERED:**

8/2/13

_____
U.S.D.J.

SEDGWICK LLP

By: /s/ Matthew Mazzola
      Matthew Mazzola, Esq.
2 World Financial Center
225 Liberty Street, 28th Floor
New York, NY 10281
(212) 898-4066
Attorneys for Defendant Barnum Financial Group

SO ORDERED:

_____
Hon. John G. Koeltl
United States District Judge