# SICHENZIA ROSS FRIEDMAN FERENCE LLP
### ATTORNEYS AT LAW

August 1, 2013

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 8/5/13

**_Via Facsimile (212) 805-7912_**
Honorable John G. Koeltl, U.S.D.J.
United States Courthouse
500 Pearl Street, Courtroom 12B
New York, New York 10007-1312

Re:  Marta Barbeosch Varela v. Barnum Financial Group, et al.
     Case No. 13-CV-3332 (JGK)

Dear Judge Koeltl:

This firm represents Defendants Peter Greco and George Gerhard, III in the above-referenced action. Counsel for all parties to this action has agreed to extend each defendant's time to respond to Plaintiff's Complaint until September 4, 2013. Accordingly, counsel for all parties hereby consent and request that the conference scheduled for August 7, 2013, be adjourned until after the expiration of defendants' time to respond to the Complaint on September 4, 2013. The conference was previously adjourned from July 24, 2013 to August 7, 2013. No other adjournments have taken place.

Please let us know if your Honor has any questions.

Respectfully submitted,

Chris Pisacane (CP-1854)

cc:  Thomas More Marrone, Counsel for Plaintiff (*via e-mail*)
     Matthew Mazzola, Counsel for Defendant Barnum Financial Group (*via e-mail*)

[RECEIVED AUG 01 2013 CHAMBERS OF JOHN G. KOELTL U.S.D.J.]

*Conference adjourned to 9/16/13 at 4:30 P.M. SO Ordered.*

*[signature] U.S.D.J. 8/2/13*

61 BROADWAY   NEW YORK, NEW YORK 10006
T 212 930 9700   F 212 930 9725   WWW.SRFF.COM