UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BARBERA VARELA

                    Plaintiff,

      - against -

BARNUM FINANCIAL GROUP ET AL.,

                    Defendants.

13 Civ. 3332 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

The defendants' time to move or answer is **stayed**. The parties shall appear for a conference on **September 16, 2013 at 4:30 p.m.** The Court will set a date for the defendants to move or answer after the conference on September 16, 2013.

SO ORDERED:

Dated:    August 28, 2013
            New York, New York

                                            */s/ Paul A. Engelmayer*
                                            Paul A. Engelmayer (Part I)
                                            **United States District Judge**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 8/29/13