UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
MARTA BARBEOSCH VARELA, Individually
and as Excutrix of the Estate of William P.
Barbeosch, deceased

                              Plaintiff,

        -against-

BARNUM FINANCIAL GROUP, Peter Greco,
and George Gerhard III

                             Defendant.
---------------------------------------------------------------X

Civ. Act. No.: 13 CV 3332 (JGK)

**RULE 7.1 DISCLOSURE STATEMENT**

DOCUMENT
ELECTRONICALLY FILED

       The undersigned, counsel of record for defendant METROPOLITAN LIFE INSURANCE COMPANY d/b/a Barnum Financial Group s/h/a Barnum Financial Group, hereby makes the following disclosure statement pursuant to Federal Rule of Civil Procedure 7.1:

       1.    Metropolitan Life Insurance Company, a New York corporation with its principal place of business in New York, is a wholly owned subsidiary of MetLife, Inc., a publicly held corporation.

Dated: New York, New York
          September 4, 2014

                                                  s/
                                            MICHAEL H. BERNSTEIN (MB-0579)
                                            225 Liberty Street, 28th Floor
                                            New York, New York 10281-1008
                                            T: 212.422.0202 | F: 212.422.0925
                                            *Attorneys for Defendant*
                                            *METROPOLITAN LIFE INSURANCE COMPANY*

TO:    Thomas More Marrone, Esq.
         1845 Walnut Street, Fifteenth Floor
         Philadelphia, Pennsylvania 19103
         T: (215)609-1350
         F: (215)609-1351
         TMARRONE@CBMCLAW.COM
         NY Bar ID. No. 4739538
         *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I, Michael H. Bernstein, hereby certify and affirm that a true and correct copy of the attached **Rule 7.1 Statement** (on behalf of Metropolitan Life Insurance Company) was served **ECF and Regular Mail** on September 4, 2013, upon the following:

> Thomas More Marrone, Esq.
> 1845 Walnut Street, Fifteenth Floor
> Philadelphia, Pennsylvania 19103
> T: (215)609-1350
> F: (215)609-1351
> TMARRONE@CBMCLAW.COM
> NY Bar ID. No. 4739538
> *Attorneys for Plaintiff*

Dated:   New York, New York
         September 4, 2013

s/
MICHAEL H. BERNSTEIN (MB-0579)