USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 9/17/13

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
MARTA BARBEOSCH VARELA, Individually
and as Executrix of the Estate of William P.
Barbeosch, deceased

                              Plaintiff,

      -against-

BARNUM FINANCIAL GROUP, Peter Greco,
and George Gerhard III
                            Defendant.
-------------------------------------------------------------X

13 CV 3332 (JGK)

~~PROPOSED~~ DISCOVERY PLAN *and Scheduling Order*,

DOCUMENT
ELECTRONICALLY FILED

This Proposed Discovery Plan is submitted by the parties in accordance with Fed. R. Civ. P. 26(f)(3).

1.    Initial disclosures, pursuant to Fed. R. Civ. P. 26(a)(1), shall be completed no later than **September 30, 2013** days from the date of this Order.

2.    All fact discovery shall be completed no later than **February 28, 2014**.

3.    The parties are to conduct discovery in accordance with the Federal Rules of Civil Procedure and the Local Rules of the Southern District of New York. The following interim deadlines may be extended by the written consent of all parties without application to the Court, provided that all fact discovery is completed by the date set forth in paragraph 2 above.

   a. Initial requests for production of documents to be served by **November 15, 2013**.

   b. Interrogatories to be served by **November 15, 2013**.

   c. Depositions to be completed by **February 28, 2014**.

   d. Requests to Admit to be served no later than **January 15, 2014**.

4.    All expert discovery shall be completed no later than **April 15, 2014**.

NY/1274730v1

**The dates in this Proposed Discovery Plan are subject to change if the Court grants defendants Peter Greco and George Gerhard III's request for leave to file a motion to dismiss.

Dated: New York, New York
      September 16, 2013

So Ordered:

_____
(Hon.) John G. Koeltl
United States District Judge