UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BARBARA VARELA,

                Plaintiff,

    - against -

BARNUM FINANCIAL GROUP ET AL.,

                Defendants.

---

13 Civ. 3332 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

As stated at the pretrial conference held on September 16, 2013, the plaintiff may file an amended complaint by **September 30, 2013**. The defendants shall move or answer by **October 18, 2013**. The plaintiff's response to any motion to dismiss is due by **November 8, 2013**. The defendants' reply, if any, is due by **November 18, 2013**.

SO ORDERED.

Dated:    New York, New York
            September 16, 2013

                                      John G. Koeltl
                                      United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 9/17/13