**MEMO ENDORSED**

# Sedgwick LLP

www.sedgwicklaw.com  212.422.0202 *phone*  212.422.0925 *fax*

*Michael H. Bernstein*
*(212)898-4011*
*michael.bernstein@sedgwicklaw.com*

October 14, 2013

Honorable John G. Koeltl, U.S.D.J.
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Courtroom 12B
New York, New York 10007-1312

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10-16-13
```

Re: *Marta Barbeosch Varela v. Barnum Financial Group, et. al.*
    Civil Action No.: 13-cv-3332(JGK)
    File No.: 00584-007733

Dear Judge Koeltl:

This office represents defendant, Metropolitan Life Insurance Company d/b/a Barnum Financial Group s/h/a Barnum Financial Group ("MetLife"), in the above-referenced matter.

We write to request a one week extension of the dates set forth in the Court's September 16, 2013 briefing schedule regarding the parties' respective responses to the plaintiff's Amended Complaint, which was filed on September 30, 2013. Specifically, MetLife respectfully requests that Your Honor extend the dates set forth in the briefing schedule and adopt the following revised briefing schedule:

- Defendants' Answers or initial motions are due by October 25, 2013;
- Plaintiff's response to any motion to dismiss is due by November 15, 2013; and
- Defendants' replies are due by November 25, 2013.

Counsel for all parties consent to this request and this extension does not affect any previously scheduled dates set by the Court. No prior requests for an extension of time to respond to the Amended Complaint has been made by the MetLife.

Thank you for your consideration of this matter.

Respectfully submitted,

s/
Michael H. Bernstein
Sedgwick LLP

SO ORDERED:

/s/ Andrew L. Carter

HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE  10-16-13

cc: *Counsel of record for plaintiff and co-defendants (Via ECF).*

DOCS/17999743v1