**MEMO ENDORSED**

# Sedgwick LLP



ATTORNEYS AT LAW

225 LIBERTY STREET, 28TH FLOOR   NEW YORK, NY 10281-1008

www.sedgwicklaw.com   212.422.0202 *phone*   212.422.0925 *fax*

*michael.bernstein@sedgwicklaw.com*

October 24, 2013

*Via Email*
Honorable Andrew L. Carter, Jr., U.S.D.J.
Thurgood Marshall
United States Courthouse
40 Foley Square, Room 435
New York, New York 10007

Re: *Marta Barbeosch Varela v. Barnum Financial Group, et. al.*
   Civil Action No.: 13-cv-3332(ALC)

Dear Judge Carter:

   This office represents defendant, Metropolitan Life Insurance Company d/b/a Barnum Financial Group s/h/a Barnum Financial Group ("MetLife"), in the above-referenced matter.

   We write to request an extension of the dates set forth in the Court's September 16, 2013 briefing schedule regarding the parties' respective responses to the plaintiff's Amended Complaint, which was filed on September 30, 2013. Specifically, MetLife respectfully requests that Your Honor extend the dates set forth in the briefing schedule as follows:

- The due date for Defendants to file their respective Answers or initial motions is extended from October 25, 2013 to **November 1, 2013**;

- The due date for Plaintiff to file her response to any motion to dismiss is extended from November 15, 2013 to **November 25, 2013**; and

- The due date for Defendants to file their respective replies is extended from November 25, 2013 to **December 6, 2013**.

Counsel for all parties consent to this request and this extension does not affect any previously scheduled dates set by the Court. MetLife requested one previous extension of the briefing schedule and the Court granted that request.

   Thank you for your consideration of this matter.

Respectfully submitted,

*[signature]*

Michael Bernstein
Sedgwick LLP

SO ORDERED:

*[signature]*

HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE   10-25-13

cc: Counsel of record for plaintiff and co-defendants (Via Email).

DOCS/18051693v1