# GPEFF ATTORNEYS AT LAW, LLC

**MEMO ENDORSED**

www.gpeff.com

## GREENBLATT · PIERCE · ENGLE · FUNT · FLORES

RONALD L. GREENBLATT, ESQ.* · PATRICIA V. PIERCE, ESQ.† · MICHAEL J. ENGLE, ESQ.‡
JAMES A. FUNT, ESQ.* · MARGARET M. FLORES, ESQ.* · THOMAS IVORY, ESQ.†
THOMAS MORE MARRONE, ESQ.** · NOAH COHEN, ESQ.*
LEONARD S. BAKER, ESQ., OF COUNSEL†† · BELLA SCHNALL, ESQ., OF COUNSEL††

*Members NJ & PA Bar   † Member NJ, PA & CA Bar   ‡ Members PA Bar   ** Member NJ, NY & PA Bar
†† Member NJ Bar   ††† Member PA & MA Bar

*Reply to Philadelphia Office*

123 S. Broad Street, Suite 2500
Philadelphia, PA 19109
(215) 735-1600
(215) 735-1660 | Fax

35 Kings Highway East
Haddonfield, NJ 08033
(856) 429-7750
(856) 427-0360 | Fax

November 15, 2013

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11-18-13

t.marrone@gpeff.com

Via Email
Honorable Andrew L. Carter, Jr., U.S.D.J.
Thurgood Marshall
United States Courthouse
40 Foley Square, Room 435
New York, New York 10007



RECEIVED
NOV 15 2013
ANDREW L. CARTER, JR.
U.S. DISTRICT JUDGE
S.D.N.Y.

Re:   Marta Barbeosch Varela v. Barnum Financial Group, et al.
      Civil Action No.: 13-cv-3332(ALC)
      Request for Extension of Briefing Deadlines

Dear Judge Carter,

I represent Plaintiff Marta Barbeosch Varela. I write to request an extension of the dates set forth in the Court's enclosed October 25, 2013 order regarding the parties' briefing schedule. Plaintiff requests that the Court extend the dates set forth in the current schedule as follows:

- The due date for Plaintiff to file her response to any defendant's motions to dismiss is extended from November 25, 2013 to **December 16, 2013**.

- The due date for Defendants to file their respective replies is extended from December 6, 2013 to **January 10, 2014**.

Counsel for all parties consent to this request and this extension does not affect any other scheduled dates set by the Court. MetLife requested two previous extensions of the briefing schedule and the Court granted these requests. Plaintiff has not requested any previous extensions.

Thank you for your consideration of this matter.

SO ORDERED:

*/s/ Andrew L. Carter*
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE
11-18-13

Respectfully,

*/s/ Thomas More Marrone*
Thomas More Marrone

TMM/sg
cc: Counsel of record for defendants