**Sedgwick** LLP

ATTORNEYS AT LAW
225 LIBERTY STREET, 28TH FLOOR   NEW YORK, NY 10281-1008
www.sedgwicklaw.com   212.422.0202 *phone*   212.422.0925 *fax*

*michael.bernstein@sedgwicklaw.com*

January 9, 2014

*Via Email*
Honorable Andrew L. Carter, Jr., U.S.D.J.
Thurgood Marshall
United States Courthouse
40 Foley Square, Room 435
New York, New York 10007

RECEIVED JAN 9 2014
ANDREW L. CARTER, JR.
U.S. DISTRICT JUDGE
S.D.N.Y.

Re: *Marta Barbeosch Varela v. Barnum Financial Group, et. al.*
    Civil Action No.: 13-cv-3332(ALC)

Dear Judge Carter:

This office represents defendant, Metropolitan Life Insurance Company d/b/a Barnum Financial Group s/h/a Barnum Financial Group ("MetLife"), in the above-referenced matter.

We write to request an extension of time for the defendants to submit their respective reply papers in further support of their motions to dismiss the plaintiff's Amended Complaint. Pursuant to this Court's revised briefing schedule dated November 15, 2013, the defendants are required to file their respective reply papers with the Court by January 10, 2014. Unfortunately, due to a re-aggravated back injury that I suffered on January 3, 2014, which required me to seek hospital treatment, my ability to work has been limited and I am currently out of the office. Accordingly, MetLife respectfully requests that Your Honor grant the defendants a one-week extension of time (i.e. until January 17, 2014) to submit their respective reply papers. Counsel for all parties consent to this request and this extension does not affect any previously scheduled dates set by the Court. This Court has granted two previous requests by MetLife to extend the briefing schedule and one by the plaintiff.

Thank you for your consideration of this matter.

Respectfully submitted,

Michael Bernstein
Sedgwick LLP

cc: Counsel of record for plaintiff and co-defendants (Via Email).

DOCS/18169970v1

SO ORDERED:
HON ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE   1-10-14