# EXHIBIT B

Home   About   Protection & Investment   Retirement   Wealth Management   Media Center   Careers   Contact Us

*Overview*

## Barnum Financial Group, an Office of MetLife

**A COMPREHENSIVE APPROACH**

At Barnum Financial Group, an office of MetLife, we offer comprehensive financial services & products that empower our clients to improve their long-term financial health and reach their lifetime goals and dreams. As a client, you have access to a full line of insurance and investment products from many well known financial companies. The representatives of Barnum Financial Group work closely with a team of resources, both internally and externally, to ensure clients receive the most extensive comprehensive financial services available.

**STRENGTH IN NUMBERS, ETHICS & TRADITION**

Headquartered in Shelton, CT, with over 30 offices throughout CT, NY, NJ, RI, NH & MA, Barnum Financial Group can be found in your area. As a local resource, we are dedicated to maintaining the highest standards of ethics, compliance, customer service, financial education and representative expertise. Due, in part, to our outstanding standards, we have been named MetLife's number one office for 5 consecutive years from 2004 to 2008.

The MetLife tradition began in 1868 and since then, MetLife has been a leading provider of insurance and financial services with operations throughout the United States, Latin America, Europe and Asia Pacific Regions. Through all its domestic and international subsidiaries and affiliates, MetLife, Inc. reaches more than 90 million* customers around the world.

**EMPOWERING CLIENTS WITH FINANCIAL EDUCATION**

At Barnum Financial Group, we are committed to providing financial education to our clients and the community. By empowering people with the knowledge to make informed financial decisions, we make life a little easier one family at a time. Barnum Financial Group truly believes your life is our business.

 Start planing for my retirement now

 Learn more about Barnum Financial Group

 Consolidate all of my insurance plans

 Is Wealth Management an option for me?

 More Information — Click here to have a financial professional contact you

 Like Us On Facebook

### Featured Download



Your financial situation is as unique as you are. Take a closer look at Barnum Financial Group to learn how we work with you to help you reach your goals.
view »

---

6 Corporate Drive | Shelton, CT 06484 | 203.513.6000 | pblanco@metlife.com | 25 more locations in CT, NH, NJ, NY, and RI | View location map »
About BFG | Protection & Investment | Retirement | Wealth Management | Finance 101 | Media Center | Resources | Contact Us | Career Opportunites | Client Login
© Copyright 2011 Barnum Financial Group | MetLife. All rights reserved. Website designed by Worx Branding & Advertising.

Metropolitan Life Insurance Company (MLIC), New York, NY 10036. Securities products offered by MetLife Securities, Inc. (MSI), Member FINRA/SIPC. Investment advisory services offered by Investment