AO 458 (Rev. 01/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| Marta Barbeosch Varela, et al. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 13-cv-3332(JGK) |
| Barnum Financial Group, et al., ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am authorized to practice in this court, and I appear in this case as counsel for:

Defendant Barnum Financial Group

Date:   01/14/2014

s/
*Attorney's signature*

Matthew P. Mazzola (MM 7427)
*Printed name and bar number*

Sedgwick LLP
225 Liberty Street, 28th Floor
New York, NY 10281

*Address*

matthew.mazzola@sedgwicklaw.com
*E-mail address*

(212) 422-0202
*Telephone number*

(212) 422-0925
*FAX number*

## CERTIFICATE OF SERVICE

I, Matthew P. Mazzola, hereby certify and affirm that a true and correct copy of the attached **NOTICE OF APPEARANCE** was served **via ECF** on January 14, 2014, upon the following:

Thomas More Marrone, Esq.
GREENBLATT PIERCE ENGLE FUNT & FLORES, LLC
123 South Broad Street, 25th Floor
Philadelphia, Pennsylvania 19109
t. 215.735.1600
f. 215.735.1660
*Attorneys for Plaintiff*

Christopher Pisacane, Esq.
SICHENZIA ROSS FRIEDMAN FERENCE LLP
61 Broadway, 32nd Floor
New York, New York 10006
t. 212-930-9700
direct 646-810-0596
f. 212-930-9725
*Attorneys for Co-Defendants*
*Peter Greco and George Gerhard III*

s/ _____
Matthew P. Mazzola