ATTORNEYS AT LAW

225 LIBERTY STREET, 28TH FLOOR   NEW YORK, NY  10281-1008

*www.sedgwicklaw.com*   212.422.0202 *phone*   212.422.0925 *fax*



*Michael H. Bernstein*
*(212) 898-4011*
*michael.bernstein@sedgwicklaw.com*

February 26, 2014

*Via Email and ECF*
Honorable Andrew L. Carter, Jr., U.S.D.J.
Thurgood Marshall
United States Courthouse
40 Foley Square, Room 435
New York, New York 10007

Re: *Marta Barbeosch Varela v. Barnum Financial Group, et. al.*
     Civil Action No.: 13-cv-3332(ALC)

Dear Judge Carter:

This office represents defendant, Metropolitan Life Insurance Company d/b/a Barnum Financial Group s/h/a Barnum Financial Group ("MetLife"), in the above-referenced matter. This joint letter is submitted on behalf of all parties to request an extension of the dates in the Discovery Plan and Scheduling Order entered by the Hon. John G. Koeltl on September 17, 2013 ("Scheduling Order"). (Docket No. 14).

The defendants in this case filed their respective motions to dismiss the plaintiff Marta Barbeosch-Varela's Amended Complaint on November 1, 2013. (Doc. Nos. 20-24). While the parties have nearly concluded all factual documentary discovery, they respectfully request an extension of time to complete discovery, including the deposition deadline, from February 28, 2014 to October 15, 2014, or for a reasonable amount of time after this Court decides the defendants' respective motions to dismiss.[1] To avoid the significant costs associated with conducting depositions in this case, the parties respectfully request that the Court extend the discovery deadline until after it decides the defendants' motions to dismiss. Since the parties are requesting an extension of the factual discovery deadline, they must also request an extension of the expert discovery deadline from April 15, 2014 to November 15, 2014. As referenced above, this is a joint letter and, as such, all of the parties consent to relief requested herein. This is the first request for an extension of the dates in the Scheduling Order.

Thank you for your consideration of this matter.

Respectfully submitted,

s/                                                              s/
Thomas More Marrone, Esq.                    Michael H. Bernstein (MB-0579)
Greenblatt Pierce Engle Funt & Flores, LLC   Sedgwick LLP
123 South Broad Street, 25 Fl.                225 Liberty Street, 28th Floor
Philadelphia, Pennsylvania 19109              New York, New York 10281
*Attorneys for Plaintiff*                     *Attorneys for Defendant MetLife*

---

[1] In the Scheduling Order, Judge Koeltl stated that the dates therein were subject to change if the defendants' filed motions to dismiss, which motions were subsequently filed on November 1, 2013.

DOCS/18065878v1

s/_____
Christopher Pisacane
Sichenzia Ross Friedman Ference LLP
61 Broadway, 32nd Floor
New York, NY 10006
cpisacane@srff.com
*Attorneys for Co-Defendants*
*Peter Greco and George Gerhard III*

Honorable Andrew L. Carter, Jr., U.S.D.J.
Re:  *Barbeosch v. Barnum Financial Group, et. al.*
Civil Action No.: 13-cv-3332(ALC)