# GPEFF ATTORNEYS AT LAW, LLC

www.gpeff.com

**MEMO ENDORSED**

## GREENBLATT · PIERCE · ENGLE · FUNT · FLORES

RONALD L. GREENBLATT, ESQ.* · PATRICIA V. PIERCE, ESQ.† · MICHAEL J. ENGLE, ESQ.‡
JAMES A. FUNT, ESQ.* · MARGARET M. FLORES, ESQ.* · THOMAS IVORY, ESQ.‡
THOMAS MORE MARRONE, ESQ.** · NOAH COHEN, ESQ.* · ASHLEY E. SHAPIRO, ESQ.*
LEONARD S. BAKER, ESQ.†† · BELLA SCHNALL, ESQ.†† · PETER F. VAIRA, ESQ.♦

* Members NJ & PA Bar  † Member NJ, PA & CA Bar  ‡ Members PA Bar  ** Member NJ, NY & PA Bar
†† Member NJ Bar  ♦♦ Member PA & MA Bar  ♦ Member PA, DC & IL Bar

Reply to Philadelphia Office

123 S. Broad Street, Suite 2500
Philadelphia, PA 19109
(215) 735-1600
(215) 735-1660 | Fax

35 Kings Highway East
Haddonfield, NJ 08033
(856) 429-7750
(856) 427-0360 | Fax

September 11, 2014



USDC SDNY tmarrone@gpeff.com
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-17-14

By Email to ALCarterNYSDChambers@nysd.uscourts.gov
and judgments@nysd.uscourts.gov

The Honorable Andrew L. Carter, Jr.
United States District Court
Southern District of New York
40 Foley Square, Room 435
New York, NY 10007



RECEIVED
SEP 10 2014
ANDREW L. CARTER, JR.
U.S. DISTRICT JUDGE
S.D.N.Y.

Re:   *Varela v. Barnum Financial Group et al*
      13 Civ. 3332 (ALC)

Dear Judge Carter,

I represent the Plaintiff. The Court recently denied Defendants' Motion to Dismiss and ordered Plaintiff to file a Second Amended Complaint by September 10, 2014. On behalf of the Plaintiff I filed a Second Amended Complaint on September 10, 2014. On September 11, 2014, I received an email from the Clerk informing me that the filing was deficient because it was filed using an incorrect ECF designation. The Clerk informed me that I must now seek further leave of Court or written consent of opposing counsel in order to refile the Second Amended Complaint because the Court's September 10, 2014 deadline has now passed.

Accordingly I request that the Court grant Plaintiff leave to refile the Second Amended Complaint, which I am prepared to refile today. The individual Defendants have consented (please see the attached email exchange); Defendant Barnum has not responded to my request.

I thank the Court for considering this request.

The application is ✓ granted.
                   ☐ denied.

*/s/ Andrew L. Carter Jr.*
Andrew L. Carter Jr, U.S.D.J.
Dated: September 17, 2014
NY, New York

Respectfully,

*/s/ Thomas More Marrone*
Thomas More Marrone

The Honorable Andrew L. Carter, Jr.
September 11, 2014
Page 2

TMM/sg
Enclosure
cc by email with enclosure:   Christopher Matthew Pisacane, Esquire
                              Matthew Paul Mazzola, Esquire
                              Michael H. Bernstein, Esquire

## Samantha Griggs

| | |
|---|---|
| **From:** | NYSD_ECF_Pool@nysd.uscourts.gov |
| **Sent:** | Thursday, September 11, 2014 10:33 AM |
| **To:** | CourtMail@nysd.uscourts.gov |
| **Subject:** | Activity in Case 1:13-cv-03332-ALC Varela v. Barnum Financial Group et al Notice to Attorney Regarding Deficient Pleading |

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

### U.S. District Court

### Southern District of New York

## Notice of Electronic Filing

The following transaction was entered on 9/11/2014 at 10:33 AM EDT and filed on 9/11/2014
**Case Name:**  Varela v. Barnum Financial Group et al
**Case Number:**  1:13-cv-03332-ALC
**Filer:**
**Document Number:** No document attached

Docket Text:
***NOTICE TO ATTORNEY REGARDING DEFICIENT AMENDED COMPLAINT. Notice to Attorney Thomas More Marrone RE: Document No. [40] Amended Complaint,. The filing is deficient for the following reason(s): the wrong party was selected for FILED AGAINST Re-file the document and select the correct party you are filing against. All defendants must be listed separately on the docket entry. Do not choose "all defendants". Also note that the time for leave to file is now expired. New leave is needed from the court or written consent from opposing counsel. (jom)

**1:13-cv-03332-ALC Notice has been electronically mailed to:**

Michael H Bernstein  michael.bernstein@sdma.com

Matthew Paul Mazzola  matthew.mazzola@sdma.com

Christopher Matthew Pisacane  cpisacane@srff.com

Thomas More Marrone  t.marrone@gpeff.com, c.mueller@gpeff.com, s.griggs@gpeff.com

1

**1:13-cv-03332-ALC Notice has been delivered by other means to:**

**1:13-cv-03332-ALC Notice has been delivered by other means to:**

## Thomas More Marrone

| | |
|---|---|
| From: | Christopher Pisacane <cpisacane@srff.com> |
| Sent: | Thursday, September 11, 2014 11:06 AM |
| To: | Thomas More Marrone |
| Subject: | RE: Activity in Case 1:13-cv-03332-ALC Varela v. Barnum Financial Group et al Notice to Attorney Regarding Deficient Pleading |

Tom,

I consent.

Chris

**From:** Thomas More Marrone [mailto:t.marrone@gpeff.com]
**Sent:** Thursday, September 11, 2014 10:58 AM
**To:** Christopher Pisacane; Mazzola, Matthew (Matthew.Mazzola@sedgwicklaw.com)
**Subject:** FW: Activity in Case 1:13-cv-03332-ALC Varela v. Barnum Financial Group et al Notice to Attorney Regarding Deficient Pleading

Fellows, please see below. Do I have your consent to re-file the amended complaint by tomorrow to cure this administrative filing error?

Please reply by email and if I receive your consent I will file it with the Court.

Many thanks and sorry for the trouble.

Regards,
Tom


Thomas More Marrone, Esquire
GREENBLATT PIERCE ENGLE
FUNT · FLORES, LLC
123 South Broad Street, 25th Floor
Philadelphia, Pennsylvania 19109
t. 215.735.1600   f. 215.735.1660
www.gpeff.com   t.marrone@gpeff.com
Licensed in New Jersey, New York + Pennsylvania



GREENBLATT · PIERCE · ENGLE · FUNT · FLORES

This e-mail message, including any attachment(s), is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged and/or confidential. If you are not the intended recipient or the employee or agent responsible for delivering the communication to the intended recipient, please notify us immediately by replying to this message and then delete this message from your system.

**From:** NYSD_ECF_Pool@nysd.uscourts.gov [mailto:NYSD_ECF_Pool@nysd.uscourts.gov]
**Sent:** Thursday, September 11, 2014 10:33 AM
**To:** CourtMail@nysd.uscourts.gov

1

**Subject:** Activity in Case 1:13-cv-03332-ALC Varela v. Barnum Financial Group et al Notice to Attorney Regarding Deficient Pleading

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

## U.S. District Court

## Southern District of New York

## Notice of Electronic Filing

The following transaction was entered on 9/11/2014 at 10:33 AM EDT and filed on 9/11/2014
**Case Name:**       Varela v. Barnum Financial Group et al
**Case Number:**    1:13-cv-03332-ALC
**Filer:**
**Document Number:** No document attached

Docket Text:
***NOTICE TO ATTORNEY REGARDING DEFICIENT AMENDED COMPLAINT. Notice to Attorney Thomas More Marrone RE: Document No. [40] Amended Complaint,. The filing is deficient for the following reason(s): the wrong party was selected for FILED AGAINST Re-file the document and select the correct party you are filing against. All defendants must be listed separately on the docket entry. Do not choose "all defendants". Also note that the time for leave to file is now expired. New leave is needed from the court or written consent from opposing counsel. (jom)

**1:13-cv-03332-ALC Notice has been electronically mailed to:**

Michael H Bernstein   michael.bernstein@sdma.com

Matthew Paul Mazzola   matthew.mazzola@sdma.com

Christopher Matthew Pisacane   cpisacane@srff.com

Thomas More Marrone   t.marrone@gpeff.com, c.mueller@gpeff.com, s.griggs@gpeff.com

**1:13-cv-03332-ALC Notice has been delivered by other means to:**