UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Marta Barbeosch Varela, et al. : | |
| : | 13 Civ. 3332 (ALC) |
| Plaintiff, : | |
| : | |
| v. : | |
| : | |
| Barnum Financial Group, et al., : | |
| : | |
| Defendants. : | |

## CERTIFICATE OF SERVICE

I, Thomas More Marrone, do hereby certify that the foregoing Plaintiff's Second Amended Civil Action Complaint was served this date upon the following counsel of record via electronic mail:

Michael H. Bernstein, Esquire
Sedgwick LLP (NY)
225 Liberty Street, 28th Floor
New York, NY 10281
Michael.bernstein@sdma.com

Christopher Pisacane, Esquire
Sichenzia Ross Friedman Ference LLP
61 Broadway, 32nd Floor
New York, NY 10006
cpisacane@srff.com

GREENBLATT PIERCE ENGLE
FUNT & FLORES, LLC

Dated: September 18, 2014

Thomas More Marrone
NY ID No. 4739538
123 South Broad Street, 25th Floor
Philadelphia, Pennsylvania 19109
t.marrone@gpeff.com
t. 215.735.1600  f. 215.735.1660
*Attorney for Plaintiff*