ATTORNEYS AT LAW

225 LIBERTY STREET, 28TH FLOOR   NEW YORK, NY 10281-1008

www.sedgwicklaw.com   212.422.0202 *phone*   212.422.0925 *fax*

# Sedgwick LLP

*michael.bernstein@sedgwicklaw.com*

October 7, 2014

*Via Email*
Honorable Andrew L. Carter, Jr., U.S.D.J.
Thurgood Marshall
United States Courthouse
40 Foley Square, Room 435
New York, New York 10007

Re: *Marta Barbeosch Varela v. Barnum Financial Group, et. al.*
    Civil Action No.: 13-cv-3332(ALC)

Dear Judge Carter:

This office represents defendant, Metropolitan Life Insurance Company d/b/a Barnum Financial Group s/h/a Barnum Financial Group ("MetLife"), in the above-referenced matter.

We write to request an extension of the dates in the Court's briefing schedule regarding the Defendants' respective responses to the Plaintiff's Amended Complaint. Pursuant to this Court's August 15, 2014 Order, the Defendants are required to file their respective responses to the Plaintiff's Amended Complaint, which was filed on September 18, 2014, by October 14, 2014. Due to the press of multiple briefing deadlines in several other cases, including three motions for summary judgment due within the next two and a half weeks, MetLife respectfully requests that Your Honor extend the briefing schedule as follows:

- Defendants may renew their Motions to Dismiss by **November 11, 2014;**
- Plaintiff shall file an opposition to Defendants' Motions by **December 11, 2014.**
- Defendants' reply, if any, shall be filed by **December 19, 2014.**

Counsel for all parties consent to this request and the above-referenced dates were agreed to based upon the availability of all parties. Furthermore, this extension does not affect any other previously scheduled dates set by the Court. This is MetLife's first request for an extension of the dates in the Court's August 15, 2014 Order.

Thank you for your consideration of this matter.

Respectfully submitted,

Michael Bernstein
Sedgwick LLP

cc: Counsel of record for plaintiff and co-defendants (Via Email).

SO ORDERED:

Andrew L. Carter, Jr.
United States District Judge
10/8/14

19587552v1