SICHENZIA ROSS FRIEDMAN FERENCE LLP
Christopher Pisacane, Esq. (CP 1854)
61 Broadway, 32nd Floor
New York, New York 10006
Telephone:  (212) 930-9700
Facsimile:  (212) 930-9725

*Attorneys for Defendants Peter Greco & George Gerhard, III*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------X
MARTA BARBEOSCH VARELA, Individually
and as Executrix of the Estate of William P.,  :  NO. 13-CV-3332 (ALC)
Barbeosch, Deceased,

      Plaintiff,  :  **NOTICE OF MOTION**

 v.

BARNUM FINANCIAL GROUP, et al.,

      Defendants.
---------------------------------------------------------------X

  **PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law, dated November 11, 2014, and all the pleadings and prior proceedings had herein, Defendant Peter Greco will move this Court before the Honorable Andrew L. Carter, Jr., United States District Judge for the Southern District of New York, at the United States Courthouse, 40 Foley Square, New York, New York, 10007, at a date and time to be designated by the Court, or as soon as thereafter as counsel can be heard, for an Order, pursuant to Fed. R. Civ. P. 12(b)(6), dismissing the Second Amended Complaint in its entirety, with prejudice, on the ground that it fails to state a claim.

  Pursuant to the "So Ordered" letter dated October 7, 2014 (see Docket #43), Plaintiff's response to the instant motion shall be filed on or before December 11, 2014 and Defendants reply brief shall be filed on or before December 19, 2014.

Dated: New York, New York
November 11, 2014

                          Respectfully submitted,

                          SICHENZIA ROSS FRIEDMAN FERENCE LLP


                    By:           /s Christopher Pisacane
                          Christopher M. Pisacane, Esq. (CP-1854)
                          61 Broadway, 32nd Floor
                          New York, NY 10006
                          (212) 930-9700

                          *Attorneys for Defendant Peter Greco*


To:    Thomas More Marrone, Esq. (Via ECF & First Class Mail)
        Counsel for Plaintiff
        Greenblatt, Pierce, Engle, Funt & Flores, LLC
        123 South Broad Street, 25th Floor
        Philadelphia, Pennsylvania 19109

        Michael H. Bernstein, Esq. (Via ECF & First Class Mail)
        Matthew P. Mazzola, Esq.
        Counsel for Defendant Barnum Financial Group
        Sedgwick LLP
        225 Liberty Street, 28th Floor
        New York, New York 10281