UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
MARTA BARBEOSCH VARELA, Individually                    13 CV 3332 (JGK)
and as Executrix of the Estate of William P.
Barbeosch, deceased

                            Plaintiff,                    **NOTICE OF MOTION**

      -against-                                              **DOCUMENT**
                                                                 **ELECTRONICALLY FILED**

BARNUM FINANCIAL GROUP, et. al.,
                            Defendant.          November 11, 2014
-------------------------------------------------------------X

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law and all pleadings and other documents previously filed with this Court, Defendant Metropolitan Life Insurance Company d/b/a Barnum Financial Group s/h/a Barnum Financial Group, by its attorneys, Sedgwick LLP, will move this Court at a time and date designated by the Court, before the Hon. Andrew L. Carter, Jr., U.S.D.J., at the United States Courthouse, Southern District of New York, located at 40 Foley Square, Room 435, New York, NY 10007, for an Order pursuant to FED. R. CIV. P. 12(b)(6) dismissing plaintiff's Second Amended Complaint in its entirety, with prejudice, on the grounds that it fails to state a cause of action for which relief can be granted and for such other and further relief as this Court may deem just and proper.

Dated:  New York, New York
           November 11, 2014

                                                      Respectfully Submitted,

                                                      s/_____
                                                     Michael H. Bernstein
                                                     Matthew P. Mazzola
                                                     SEDGWICK LLP
                                                     225 Liberty Street, 28th Floor
                                                     New York, NY 10281-1008
                                                     Tel. (212) 422-0202
                                                     Fax (212) 422-0925
                                                     *Attorneys for Defendant Metropolitan Life Insurance Company d/b/a Barnum Financial Group*

## CERTIFICATE OF SERVICE

I, Matthew P. Mazzola, hereby certify and affirm that a true and correct copy of the attached **Notice of Motion** was served via Regular Mail on this 11th day of November, 2014, upon the following:

Thomas More Marrone, Esq.
GREENBLATT PIERCE ENGLE FUNT & FLORES, LLC
123 South Broad Street, 25th Floor
Philadelphia, Pennsylvania 19109
t. 215.735.1600
f. 215.735.1660
*Attorneys for Plaintiff*

Christopher Pisacane, Esq.
SICHENZIA ROSS FRIEDMAN FERENCE LLP
61 Broadway, 32nd Floor
New York, New York 10006
t. 212-930-9700
direct 646-810-0596
f. 212-930-9725
*Attorneys for Co-Defendants*
*Peter Greco and George Gerhard III*

s/
Matthew P. Mazzola (MM-7427)

Dated:   New York, New York
         November 11, 2014