# GPEFF ATTORNEYS AT LAW, LLC

www.gpeff.com

**MEMO ENDORSED**

## GREENBLATT · PIERCE · ENGLE · FUNT · FLORES

RONALD L. GREENBLATT, ESQ.* · PATRICIA V. PIERCE, ESQ.† · MICHAEL J. ENGLE, ESQ.†
JAMES A. FUNT, ESQ.* · MARGARET M. FLORES, ESQ.* · THOMAS IVORY, ESQ.†
THOMAS MORE MARRONE, ESQ.** · NOAH COHEN, ESQ.* · ASHLEY E. SHAPIRO, ESQ.*
LEONARD S. BAKER, ESQ.†† · BELLA SCHNALL, ESQ.†† · PETER F. VAIRA, ESQ.§

* Members NJ & PA Bar  ‡ Member NJ, PA & CA Bar  † Members PA Bar  ** Member NJ, NY & PA Bar
†† Member NJ Bar  †† Member PA & MA Bar  § Member PA, DC & IL Bar

tmarrone@gpeff.com

Reply to Philadelphia Office

123 S. Broad Street, Suite 2500
Philadelphia, PA 19109
(215) 735-1600
(215) 735-1660 I Fax

35 Kings Highway East
Haddonfield, NJ 08033
(856) 429-7750
(856) 427-0360 I Fax

November 14, 2014



11-17-14

By Email to ALCarterNYSDChambers@nysd.uscourts.gov
The Honorable Andrew L. Cater, Jr.
United States District Court
Southern District of New York
40 Foley Square, Room 435
New York, NY 10007

RE:   *Varela v. Barnum Financial Group, et al.*
      13 Civ. 3332 (ALC)

Dear Judge Carter,

     I represent the Plaintiff and I am writing to request that the court re-set the current 12(b)(6) briefing schedule in this case. Plaintiff's responses to Defendants' Motions to dismiss are due on December 11, and Defendants' replies are due on December 19. Since the Court approved this briefing schedule, however, I have been attached for trial of a class action beginning on December 3.

     I request that the Plaintiff be permitted to file her response to Defendants' motions to dismiss by January 20, 2015 and that the Defendants be permitted to file their replies by January 30, 2015.

     I have consulted with defense counsel and they do not object to this resetting of the deadlines.

     Thank you for considering this request.

Respectfully,

Thomas More Marrone

TMM/sg
cc by email:   Christopher Matthew Pisacane, Esquire
               Matthew Paul Mazzola, Esquire

**SO ORDERED:**

/s/ Andrew L. Carter

HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE    11-17-14