

ATTORNEYS AT LAW
225 LIBERTY STREET, 28TH FLOOR   NEW YORK, NY 10281-1008
www.sedgwicklaw.com   212.422.0202 *phone*   212.422.0925 *fax*

# Sedgwick LLP

*Michael H. Bernstein*
*(212) 898-4011*
*michael.bernstein@sedgwicklaw.com*

January 28, 2015

*Via Email*
Honorable Andrew L. Carter, Jr., U.S.D.J.
Thurgood Marshall
United States Courthouse
40 Foley Square, Room 435
New York, New York 10007

*1-28-15*

Re: *Marta Barbeosch Varela v. Barnum Financial Group, et. al.*
    Civil Action No.: 13-cv-3332(ALC)

Dear Judge Carter:

This office represents defendant, Metropolitan Life Insurance Company d/b/a Barnum Financial Group s/h/a Barnum Financial Group ("MetLife"), in the above-referenced matter.

We write to request a one week extension of the date the Defendants' reply memoranda of law in further support of their respective motions to dismiss Plaintiff Marta Barbeosch Varela's ("Varela") Complaint is due. Pursuant to this Court's November 17, 2014 revised briefing schedule, the Defendants are required to file their respective reply memoranda in further support of their motions to dismiss by January 30, 2015. The reason for this request is that I was out of the country on vacation from January 17, 2015 through January 24, 2015, my office was closed early on January 26, 2015 and all day on January 27, 2015 due to the recent snow storm, and I will be periodically out of the office on January 28, 29, and 30, 2015 attending several previously scheduled court conferences/mediations. Therefore, I respectfully request a one week extension of time (i.e. until February 6, 2015) to respond to plaintiff's opposition. Counsel for all parties consent to this request and this extension does not affect any other previously scheduled dates set by the Court. This is MetLife's first request for an extension of the dates in the Court's November 17, 2014 revised briefing schedule.[1]

Thank you for your consideration of this matter.

Respectfully submitted,

Michael Bernstein
Sedgwick LLP

The application is ✓ granted.
                     ☐ denied.

Andrew L. Carter Jr, U.S.D.J.
Dated: January 28, 2015
NY, New York

cc: Counsel of record for plaintiff and co-defendants (Via Email).

---

[1] MetLife requested an extension of the initial briefing schedule set forth in the Court's August 15, 2014 Order prior to filing its motion to dismiss, which request was granted.

19587552v1