UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
MARTA BARBEOSCH VARELA, Individually
and as Executrix of the Estate of William P.
Barbeosch, Deceased,

                        Plaintiff,                              13 **CIVIL** 3332 (ALC)

        -against-                                         **JUDGMENT**

BARNUM FINANCIAL GROUP and PETER
GRECO,
                       Defendants.
-----------------------------------------------------------X

      Defendants having moved to dismiss the Second Amended Complaint pursuant to Fed. R. Civ. P. 12(b)(6), and the matter having come before the Honorable Andrew L. Carter Jr., United States District Judge, and the Court, on August 11, 2015, having rendered its Memorandum and Order granting Defendants' Motions to Dismiss and dismissing the Second Amended Complaint in its entirety, declining to address the remaining arguments of Defendants, and directing the Clerk of Court to close this case, it is,

      **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum and Order dated August 11, 2015, Defendants' Motions to Dismiss are granted and the Second Amended Complaint is dismissed in its entirety; accordingly, the case is closed.

**Dated:** New York, New York
          August 12, 2015

                                                       **RUBY J. KRAJICK**
                                                           Clerk of Court
                                       BY:
                                                             Deputy Clerk

                                                      **THIS DOCUMENT WAS ENTERED**
                                                      **ON THE DOCKET ON** _____