# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

Marta Barbeosch Varela

(List the full name(s) of the plaintiff(s)/petitioner(s).)

-against-

Barnum Financial Group and Peter Greco

(List the full name(s) of the defendant(s)/respondent(s).)

13 CV 3332 (ALC)( )

**NOTICE OF APPEAL**

Notice is hereby given that the following parties: Plaintiff Marta Barbeosch Varela

(list the names of all parties who are filing an appeal)

in the above-named case appeal to the United States Court of Appeals for the Second Circuit from the ☑ judgment ☐ order entered on: August 12, 2015

(date that judgment or order was entered on docket)

that: for the reasons stated in the Court's Memorandum and Order dated August 11, 2015, Defendants' Motions to Dismiss are granted and the Second Amended Complaint is dismissed in its entirety

(If the appeal is from an order, provide a brief description above of the decision in the order.)

9/11/15
Dated

Signature*

Marrone, Thoomas More
Name (Last, First, MI)

123 S. Broad Street | Philadelphia | Pennsylvania | 19109
Address | City | State | Zip Code

215-735-1600
Telephone Number

t.marrone@gpeff.com
E-mail Address (if available)

*Each party filing the appeal must date and sign the Notice of Appeal and provide his or her mailing address and telephone number, EXCEPT that a signer of a pro se notice of appeal may sign for his or her spouse and minor children if they are parties to the case. Fed. R. App. P. 3(c)(2). Attach additional sheets of paper as necessary.

Rev. 12/23/13

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Marta Barbeosch Varela, et al. | |
|                 Plaintiff, | 13 Civ. 3332 (ALC) |
|              -against- | |
| Barnum Financial Group, et al., | |
|               Defendants. | |

**CERTIFICATE OF SERVICE**

I, Thomas More Marrone, Esquire, hereby certify that a true and correct copy of Plaintiff's Response to Defendant Barnum Financial Group's Motion to Dismiss Plaintiff's Second Amended Complaint, has been served this date upon the following counsel of record by email and regular mail.

Michael H. Bernstein, Esquire
Sedgwick LLP (NY)
225 Liberty Street, 28th Floor
New York, NY 10281
Michael.bernstein@sdma.com

Christopher Pisacane, Esquire
Sichenzia Ross Friedman Ference LLP
61 Broadway, 32nd Floor
New York, NY 10006
cpisacane@srff.com

**GREENBLATT PIERCE ENGLE
FUNT & FLORES, LLC**

_____ 11 Sept 2015
Thomas More Marrone
NY ID No. 4739538
123 South Broad Street, Suite 2500
Philadelphia, Pennsylvania 19109
Email: tmarrone@gpeff.com
tel. 215-735-1600  fax 215-735-1660
*Attorney for Plaintiff*